UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBRA BUCHANAN,<br><br>    Plaintiff,<br><br>  v.<br><br>MARION MEMORIAL HOSPITAL d/b/a Heartland Regional Medical Center d/b/a Heartland Regional Medical Center Home Health Agency, RON SEAL, PHIL KUBOW and DEBBIE COUGHLIN,<br><br>    Defendants. | Case No. 05-cv-4084-JPG |

## JUDGMENT

This matter having come before the Court, and the plaintiff having dismissed this case,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                                                          **NORBERT JAWORSKI**

                                                          By: s/Deborah Agans, Deputy Clerk

**Dated: July 21, 2005**

**Approved:**    s/ J. Phil Gilbert
                      **J. PHIL GILBERT**
                      **DISTRICT JUDGE**